FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Mar 9, 2023
OFFICE OF THE CLERK

In the United States District Court
Western District Of Arkansas
_____ Division

**George Davidson**

_(In the space above enter your full name and Prison ID Number, if any. **Do not include your Social Security Number**)._

-against-

**The Federal Law Book says that to become a convicted felon, you must have spent 12 months in prison, why is the prosecutor saying differently**

_(In the space above enter the full name of each Defendant)_

Case No. 1:23-cv-01019
(To be filled out by Clerk's Office only)

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☐ Yes
☐ No

### NOTICE

Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.

### I. PLAINTIFF INFORMATION

**George Junior Davidson**
Name (First, Middle, Last)                Aliases

Prisoner ID #, if any

**Asheley County Detention Center, Hamburg AR**
Place of Detention or Incarceration

Page **1** of 11

_Address (If detained, facility address)_

_____

County, City                                State                        Zip Code

## II.    PRISONER STATUS

_Indicate whether you are a prisoner or other confined person as follows:_

☐ Pretrial detainee

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☑ Other. Explain: Not Convicted yet they says I was a Convicted felon with a firearm, I seen two people Murder my sister in 1991, and I shot one of the people.

## III.    DEFENDANT(S) INFORMATION

_Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued._

Defendant 1:    Davidson George
                Name (Last, First)

                Retired disabled veteran
                Current Job Title

                Retired disabled Veteran
                Current Work Address

_____

County, City                                State                        Zip Code

Defendant 2: _____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

County, City          State          Zip Code

Defendant 3: _____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

County, City          State          Zip Code

Defendant 4: _____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

County, City          State          Zip Code

## IV.   STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: Hamburg Arkansas-

Date(s) of occurrence: Dec. 7, 2021

Name of Each Defendant Involved:

I went to trial in 1991 for shooting one of the people who I saw murder my sister. Had a hung jury which turned into a Mistrial my Civil Rights has been violated.

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Excessive Bond Amendment 8, my bond is $100,000 Cash only that is a violation of Civil Rights

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

**FACTS:** [What happened to you?] I was carring a weapon for my safety I am disabled and use a walker and a cane I arrive at Hamburg pull my clothes down over my weapon that was secured in a holster Johnny Oliver the Chief of Police approach in the hallway of the court, I am not a

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____
_____
_____
_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____
_____
_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

**What happened to you?**

**Who did what?**

**How were you injured?**

FACTS: Ee was arrested on Dec 7 2021, by Johnny Oliver saying I was a convicted felon carrying a firearm. Open carry law means you can pack a weapon as long as it is secured in a holster mine was

Johnny Oliver is a police officer he set my bond that is illegal for any police officer to set a bond.
This is not a Injury.

With regard to claim 2, are you suing Defendant(s) in his/her/their:

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☐ Both Official and Individual capacity

*__If you are asserting an official capacity claim__, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

_____
_____
_____
_____
_____
_____

**Claim Number 3:**

Place(s) of occurrence: _____

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____
_____
_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____
_____
_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

| What happened to you? |
| Who did what? |
| How were you injured? |

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
☐ Both Official and Individual capacity

***If you are asserting an official capacity claim****, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

| Who did what? | Convicted felon, Jury was hung 10-2 that was an automatic win according to Federal Law |
|---|---|
| | Amendment 8 Excessive Bond |
| How were you injured? | |

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐ Both Official and Individual capacity

*If you are asserting an official capacity claim,* please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.

In order to be known by law as a convicted felon, you must have served 12 months in prison the federal law book says that.

**Claim Number 2:**

Place(s) of occurrence:

Federal Law states that in order to be a convicted felon, you or anyone must done served 12 months in prison. I have not spent one day there that is the law.

## VII. PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

1 Mar 2023
Dated

Plaintiff's Signature

George Junion Davidson
Printed Name (First, MI, Last)

Prison Identification #, if any.

Prison Address     City     State     Zip Code

Page **11 of 11**

## V. RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

- ☐ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).
- ☐ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).
- ☑ Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

I am a disabled veteran and has a wife and kids this is open carry state. In 1991 I was never convicted of a crime, even the guy I shot did not press charges. Why because he knew I saw them murder my 25 year old sister Betty Faye Davidson, Johnny Oliver was a part of that investigation that never got her death certificate but held trial anyway saying they did not need it. All disabled veteran are supposed to pack a weapon. My DD214 says I was promoted to a General, so most defintly I am supposed to keep a weapon because I maintain a Top Secret Cleara

## VI. PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?    ☐ Yes   ☒ No

    If yes, how many? _____

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**?    ☐ Yes   ☒ No

    If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

No I dont have the three-strikes rule

NEOPOST
03/06/2023
US POSTAGE $000.60⁰
FIRST-CLASS MAIL
ZIP 71646
041M10284637

Pro Se Law Clerk Office
35 East Mountain Street Suite S10
Fayetteville, AR 72701

George Davidson
800 Ashley 12 West
Hamburg AR 71646

DETAINEE MAIL

Received WD/AR
MAR 09 2023
U.S. Clerk's Office